

# In the Missouri Court of Appeals
# Eastern District

JUNE 3, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED99590      STATE OF MISSOURI, RES V JOHN KING, APP

2.      ED99723 STATE OF MISSOURI, RES V SANTANA BALL, APP

3.      ED99947 CHAVEZ FOSTER, APP V STATE OF MISSOURI, RES

4.      ED100112 DAVID ATER, APP V STATE OF MISSOURI, RES

5.      ED100175 QUINTIN C. GRAY, SR., APP V STATE OF MISSOURI, RES

6.      ED100261 GEORGE M. KNIEST, APP V STATE OF MISSOURI, RES

7.      ED100358 STEVEN E. MURPHY, APP V STATE OF MISSOURI, RES

8.      ED100389 BRANDON T. LEE, APP V STATE OF MISSOURI, RES

9.      ED100611 ARLANDO VAIL, APP V STATE OF MISSOURI, RES


**CORRECTION(S):**

1.      ED100114 STEVE HIBBS, APP V. BRIAN BERGER, ET AL, RES